**In the United States District Court
for the District of Kansas**

---

Case No. 5:25-cv-02516-TC-TJJ

---

KEVIN LEE GEORGE,

*Plaintiff*

v.

UNITED STATES DEPARTMENT OF STATE,

*Defendant*

---

### NOTICE OF CORRESPONDENCE

The Court received the attached correspondence from *Pro Se* Plaintiff Kevin Lee George on September 5, 2025.

The Court will take no further action concerning the correspondence submitted by Mr. George.

Date: September 5, 2025            s/ Toby Crouse

                                            Toby Crouse
                                            United States District Judge